OSCN Found Document:Revocation of Credentials of Certified and Registered Courtroom Interpreters

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

Revocation of Credentials of Certified and Registered Courtroom Interpreters2025 OK 31Decided: 05/12/2025THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 31, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

ORDER

This Court previously suspended the credentials of several Certified and Registered Courtroom Interpreters for failure to comply with the continuing education requirements for calendar year 2024 and/or with the annual credential renewal requirements for 2025. See 2025 OK 18 (SCAD 2025-14, dated March 10, 2025).

Under the applicable rules, a suspended certificate which has not been reinstated on or before April 15 shall be administratively revoked on that date. 20 O.S., Chapter 23, App. II, Rules 18(f) and 20(g). The Oklahoma Board of Examiners of Certified Courtroom Interpreters has advised that the interpreters listed in attached Exhibit A have not reinstated their credential as required by the rules, and the Board has recommended to this Court the revocation of the credential of each of these interpreters.

This Court hereby approves the Board's recommendation of revocation of each of the Courtroom Interpreters named below, and pursuant to the applicable rules such revocation shall be effective May 12, 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 12th day of MAY, 2025.

/S/ CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

Exhibit A

Name

Reason

Cynthia Armas
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Zonia Armstrong
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Eduardo Caballero
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Juan Escobar
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Stephanie Faasch
2024 Continuing Education and Form, 2025 Renewal Fees and Form

Erica Garcia
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Ashlynn Kindschy
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Craig Klein
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Maria Martinez
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Maria Rodriguez
2024 Continuing Education and Form; 2025 Renewal Fees and Form

Aric Soule
2024 Continuing Education and Form; 2025 Renewal Fees and Form

 

The Oklahoma Supreme Court
2100 N. Lincoln Blvd., Suite 1
Oklahoma City, OK 73105